IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. MARTY HOPPEL, Defendant. | Case No. CR 08-28-BLG-BMM  **ORDER** |
|---|---|

IT IS HEREBY ORDERED that the Defendant, Mary Hoppel, may appear at the hearing on the Motion for Early Termination of Supervised Release, on May 22, 2019 at 2:30 p.m. BY TELEPHONE OR VIDEO. Defense counsel will notify the Court how Mr. Hoppel will appear and make arraignments with the Clerk of Court's office.

DATED this 13th day of May, 2019.

Brian Morris
United States District Court Judge